IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15-CR-00092-004 LJO |
| Plaintiff, | ) | ORDER OF RELEASE |
| vs. | ) | |
| ENRIQUE AGUILAR, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on June 22, 2015.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __June 22, 2015__     _____/s/ Lawrence J. O'Neill_____
UNITED STATES DISTRICT JUDGE

1